IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 14-CV-00094-CMA-KMT

ATAIN SPECIALTY INSURANCE COMPANY, a Michigan corporation

    Plaintiff,

v.

CHRISTENSEN CONCRETE CONSTRUCTION, INC., a Colorado corporation;
DELTA CONSTRUCTION OF NORTHERN COLORADO, INC., a Colorado corporation; and
ANIMAL CARE & HEALTH INTEGRATION, LLC, a Colorado limited liability company.

    Defendants.

---

## ORDER GRANTING STAY OF DISCOVERY PENDING FINAL JUDGMENT OR SETTLEMENT IN UNDERLYING CIVIL ACTION

---

This matter is before the Court on the parties' Joint Motion to Stay Discovery Pending Final Judgment or Settlement in the Underlying Civil Action (Doc. # 25), filed May 2, 2014.  Upon review of the motion, it is

ORDERED that this proceeding is stayed pending the resolution of the Underlying Action titled *Animal Care and Health Integration, LLC v. Delta Construction of Northern Colorado et al.,* Broomfield County District Court Case No. 2012-CV-100, through satisfaction of judgment or settlement.  Plaintiff shall file a status update of the Underlying Action with this Court **on or before July 16, 2014.**

    DATED: May  16 , 2014

                                                         BY THE COURT:

                                                         _____
                                                         CHRISTINE M. ARGUELLO
                                                         United States District Judge