## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 14-cv-00094-CMA-KMT

ATAIN SPECIALTY INSURANCE COMPANY, a Michigan corporation,

    Plaintiff,

v.

CHRISTENSEN CONCRETE CONSTRUCTION, INC., a Colorado corporation,
DELTA CONSTRUCTION OF NORTHERN COLORADO, INC., a Colorado corporation,
ANIMAL CARE & HEALTH INTEGRATION, LLC, a Colorado limited liability company,

    Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

Defendant Animal Care & Health Integration, LLC was previously dismissed from this case by Stipulation for Dismissal With Prejudice of All Claims Against Animal Care & Health Integration, LLC (Doc. # 33). Pursuant to the Stipulated Motion to Dismiss With Prejudice (Doc. # 36), signed by the attorneys for the remaining parties, it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE in its entirety, each party to pay its own costs and attorney fees.

DATED: October  23 , 2014

                        BY THE COURT:

                        _____
                        CHRISTINE M. ARGUELLO
                        United States District Court Judge